**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     JOHN SHALLES          : Case No. 17-17427
           Debtor                : Chapter 13

**CERTIFICATE OF SERVICE**

    I, David Hamilton Lang, Esquire, attorney for the Debtor, hereby certify that I served a true and correct copy of the Debtors First Amended Chapter 13 Plan on the United States Trustee, the Standing Chapter 13 Trustee, the Debtor and all other creditors and parties in interest by ECF and/or First Class Mail on April 6, 2018.

Respectfully submitted:

_/s/ David Lang_____
David Hamilton Lang, Esquire