17-1607

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>John E. Shalles | | 17-17427 JKF |
| | Debtor(s) | Chapter 13 Proceeding |
| WELLS FARGO BANK, N.A. | Movant | Related to Document #18: |
| v.<br>John E. Shalles and<br>Frederick L. Reigle, Esquire | Respondents | |

### **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

    Movant, WELLS FARGO BANK, N.A., respectfully withdraws its Objection to Confirmation, which was filed on 12/12/2018, at docket #18.

                            POWERS KIRN & ASSOCIATES, LLC

                            By:  **/s/ Harry B. Reese, Esquire**
                            Attorney ID# 310501
                            Eight Neshaminy Interplex, Suite 215
                            Trevose, PA 19053
                            Telephone: 215-942-2090
                            E-mail: Harry.Reese@pkjllc.com
                            Attorney for Movant
                            Dated:  April 11, 2018

17-1607

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John E. Shalles<br><br>Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>Movant<br><br>v.<br><br>John E. Shalles and<br>Frederick L. Reigle, Esquire<br>Respondents | 17-17427 JKF<br><br>Chapter 13 Proceeding<br><br>Related to Document #18: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I, Harry B. Reese, Esquire, hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on April 11, 2018:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

David H. Lang, Esquire
230 North Monroe Street
Media, PA 19063
Attorney for Debtor(s)

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading PA 19606
Trustee

**Parties Serviced via First Class Mail:**

John E. Shalles
3042 Lovell Avenue
Broomall PA 19008
Debtor(s)

POWERS KIRN & ASSOCIATES, LLC
**/s/ Harry B. Reese, Esquire**
Attorney ID# 310501
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Harry.Reese@pkjllc.com
Attorney for Movant
Dated: April 11, 2018