# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: John E. Shalles
Case No.: 17-17427
Business Name: Shall-Martin Garage
For the Month & Year (1/05, etc.): APRIL 2018

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service $ 59,921.39
(2) Other (Specify) $
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $ 59,921.39

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease $ 3415.49
(6) Utilities (Electricity, Gas, Water&Sewer) $ 977.70
(7) Telephone $ 648.51
(8) Insurance $ 1147.42
(9) Wages for Employees $ 9860.00
(10) Wages for Self/Owner(s) $ 2323.20
(11) Taxes $ 6493.96
(12) Gas and Fuel for Business Vehicles $ 513.89
(13) Other (Specify) $ 4613.24 ← (supplies, repairs + maint, office + shop)
(14) Other (Specify) $ 1261.20 ← (outside service, legal + acct, subscriptions, postage)
(15) Other (Specify) $ 4380.19 ← Chapter 13 pmt
(16) Total Actual Business Expenses Paid O $ 39,634.80
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ 20,286.59
(18) Net Wages From Regular Employment-De $
(19) Net Wages From Regular Employment-Sp $
(20) Amount Carried Over From Last Month $ -5796.71
(21) Total Net Monthly Income (sum of 17 thr $ 14,489.88

**PERSONAL**
(22) Rent/Mortgage $ 3313.46
(23) Utilities (gas, electric, water, sewer, fuel) $ 340.73
(24) Telephone $ 158.00
(25) Food $ 600.00
(26) Transportation (fuel, tolls, parking) $ 673.83
(27) Other (specify) $ 340.00 ← (personal toot pmt)
(28) Other (specify) $ 1045.00 ← (car + insurances)
(29) Other (specify) $ 425.00 ← (entertainment)
(30) Other (specify) $ 518.00 ← (car pmt)
(31) Other (specify) $ 525.00 ← (maint for homes + snow removal - salt)
(32) Total Actual Personal Expenses Paid (22 $ 7889.07

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ 6600.86
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $ 4380.19
(35) Net Excess Income (line 33 - line 34) $ 2220.67
carry amount on line 35 to next month line 20

**EXHIBIT D**