United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John E Shalles  
    Debtor

Case No. 17-17427-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: May 17, 2019  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2019.  
14024255      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road, Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:  
       CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue cmomjian@attorneygeneral.gov  
       DAVID H. LANG    on behalf of Debtor John E Shalles langlawoffice@gmail.com  
       HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau laltieri@toscanigillin.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SARAH K. MCCAFFERY    on behalf of Creditor    MTGLQ Investor, LP c/o Rushmore Loan Management Services smccaffery@squirelaw.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
       THOMAS YOUNG.HAE SONG    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17427-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

John E Shalles
3042 Lovell Avenue
Broomall PA 19008

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 10: Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 | MTGLQ Investors, L.P.<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/19/19

Tim McGrath
**CLERK OF THE COURT**