## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John E. Shalles <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Least Trust <br> _Movant_ <br> vs. | NO. 17-17427 JKF |
| John E. Shalles <br> _Debtor(s)_ | |
| Scott Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Least Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 Toyota Tacoma 4X4, VIN: 3TMLU4EN2EM156543 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 26th day of September, 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list