# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| In re | Case No. 17-17427-jkf |
| John E Shalles | Chapter 13 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES
### (CLAIM 7)

Creditor, Wells Fargo Bank, NA, hereby withdraws its Notice of Postpetition Mortgage Fees, Expenses and Charges with respect to Claim No. 7, filed in the above-entitled matter on 07/12/2018.

Dated:    03/12/2020

Respectfully submitted,

/s/ Jonetta Arene Graves

VP Loan Documentation
Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: 180DayInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 17-17427
Judge: Judge Jean K. FitzSimon

In re:

John E Shalles

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before March 12, 2020, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | John E Shalles<br>3042 Lovell Avenue<br>Broomall, PA 19008 |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | DAVID H. LANG<br>Law Offices of David H. Lang<br>230 North Monroe Street<br>Media, PA 19063 |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)