# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| **JOHN E. SHALLES** | **BK. No. 17-17427 AMC** |
| Debtor | |
| : | **Chapter No. 13** |
| **WELLS FARGO BANK, NA** : | |
| Movant : | |
| v. | |
| **JOHN E. SHALLES** | |
| Respondent | **11 U.S.C. §362** |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: June 30, 2020**

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

DAVID H. LANG
Law Offices of David H. Lang
230 North Monroe Street
Media, PA 19063

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

John E Shalles
3042 Lovell Avenue
Broomall, PA 19008

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103