| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17427-AMC

JOHN E  SHALLES  
3042 LOVELL AVENUE  
BROOMALL  PA     19008

Petition Filed Date: 11/01/2017  
341 Hearing Date: 12/15/2017  
Confirmation Date: 05/30/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $4,380.19 | 612354161 | 02/05/2019 | $4,380.19 | 612355263 | 03/04/2019 | $4,380.19 | 612356398 |
| 04/02/2019 | $4,380.19 | 612775247 | 05/02/2019 | $4,380.19 | 612776878 | 06/04/2019 | $4,380.19 | 612998280 |
| 07/08/2019 | $4,380.19 | 612999540 | 08/02/2019 | $4,380.19 | 613000800 | 08/30/2019 | $4,380.19 | 613002137 |
| 10/03/2019 | $4,380.19 | 613383928 | 11/04/2019 | $4,380.19 | 613384918 | 12/03/2019 | $4,380.19 | 613385965 |
| 01/07/2020 | $4,380.19 | 613387271 | 02/04/2020 | $4,380.19 | 613778354 | 03/03/2020 | $4,380.19 | 613779478 |
| 04/17/2020 | $2,000.00 | 46032 | 05/06/2020 | $2,380.19 | 46054 | 05/19/2020 | $2,190.19 | 46096 |
| 06/03/2020 | $2,190.00 | 46127 | 06/15/2020 | $2,190.19 | 46158 | 06/26/2020 | $2,190.00 | 46208 |
| 07/13/2020 | $3,000.00 | 46244 | | | | | | |

**Total Receipts for the Period:  $81,843.42    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $144,405.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 15 | AMERICAN EXPRESS NATIONAL BANK<br>»» 015 | Unsecured Creditors | $5,385.33 | $1,074.08 | $4,311.25 |
| 19 | CITADEL FEDERAL CREDIT UNION<br>»» 019 | Unsecured Creditors | $5,999.22 | $1,196.51 | $4,802.71 |
| 25 | DELAWARE COUNTY TAX CLAIM BURE<br>»» 025 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | DEX MEDIA<br>»» 004 | Unsecured Creditors | $555.54 | $110.80 | $444.74 |
| 6 | DISCOVER BANK<br>»» 006 | Unsecured Creditors | $3,265.90 | $651.37 | $2,614.53 |
| 16 | DEPARTMENT STORE NATIONAL BANK<br>»» 016 | Unsecured Creditors | $3,015.58 | $601.44 | $2,414.14 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $3,515.36 | $701.12 | $2,814.24 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $21,984.31 | $21,984.31 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $182.50 | $36.40 | $146.10 |
| 20 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 020 | Unsecured Creditors | $6,427.19 | $1,281.87 | $5,145.32 |
| 23 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $2,328.27 | $464.36 | $1,863.91 |
| 24 | M&T BANK<br>»» 024 | Mortgage Arrears | $7,483.83 | $7,483.83 | $0.00 |
| 14 | M&T BANK<br>»» 014 | Unsecured Creditors | $19,162.51 | $3,821.86 | $15,340.65 |

| | | | | | |
|---|---|---|---|---|---|
| 22 | MERRICK BANK<br>»» 022 | Unsecured Creditors | $5,476.24 | $1,092.21 | $4,384.03 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $1,776.43 | $354.31 | $1,422.12 |
| 21 | MOMA FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,815.95 | $362.18 | $1,453.77 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $21,407.50 | $21,407.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $6,583.34 | $6,583.34 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $452.02 | $452.02 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,568.89 | $312.90 | $1,255.99 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $4,884.03 | $974.10 | $3,909.93 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,647.10 | $527.95 | $2,119.15 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,590.29 | $317.17 | $1,273.12 |
| 10 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 010 | Mortgage Arrears | $25,106.11 | $25,106.11 | $0.00 |
| 11 | TD RETAIL CREDIT SERVICES<br>»» 011 | Unsecured Creditors | $3,552.79 | $708.58 | $2,844.21 |
| 8 | TOYOTA MOTOR CREDIT CORP<br>»» 008 | Secured Creditors | $25.86 | $25.86 | $0.00 |
| 3 | WELLS FARGO BANK<br>»» 003 | Unsecured Creditors | $9,387.14 | $1,872.22 | $7,514.92 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Mortgage Arrears | $26,804.23 | $26,804.23 | $0.00 |
| 26 | WELLS FARGO BANK NA<br>»» 026 | Mortgage Arrears | $7,410.79 | $0.00 | $7,410.79 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $144,405.70 | Current Monthly Payment: | $6,380.00 |
| Paid to Claims: | $126,308.63 | Arrearages: | $15,734.30 |
| Paid to Trustee: | $12,547.19 | Total Plan Base: | $281,360.00 |
| Funds on Hand: | $5,549.88 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.