United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-17427-amc |
| John E Shalles | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14324062 | + | MTGLQ Investors, L.P., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 04, 2020 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | |
| | on behalf of Creditor Commonwealth Of PA.  Dept. Of Revenue cmomjian@attorneygeneral.gov |
| CHANDRA M. ARKEMA | |
| | on behalf of Creditor MTGLQ Investor  LP c/o Rushmore Loan Management Services carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| CHANDRA M. ARKEMA | |
| | on behalf of Creditor U.S. Bank Trust National Association  et al carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| DAVID H. LANG | |
| | on behalf of Debtor John E Shalles langlawoffice@gmail.com |
| HARRY B. REESE | |
| | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |

Case 17-17427-amc   Doc 88   Filed 12/04/20   Entered 12/05/20 00:49:53   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: trc | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KEVIN G. MCDONALD
    on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor WELLS FARGO BANK N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Least Trust bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor MTGLQ Investor LP c/o Rushmore Loan Management Services bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@gillinlawoffice.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17427-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

John E Shalles
3042 Lovell Avenue
Broomall PA 19008

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/01/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: MTGLQ Investors, L.P., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 | U.S. Bank Trust National Association, et al<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/04/20

Tim McGrath
**CLERK OF THE COURT**