United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-17427-amc |
|---|---|
| John E Shalles | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John E Shalles, 3042 Lovell Avenue, Broomall, PA 19008-1120 |
| cr | + | MTGLQ Investor, LP c/o Rushmore Loan Management Se, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14008130 | + | Aes/national Collegiat, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14045371 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14008131 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14008132 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 14008133 | + | Barclays Bank Delaware, Po Box 8802, Wilmington, DE 19899-8802 |
| 14008137 | + | Citadel Federal Credit Union, P.O. Box 650, Exton, PA 19341-0650 |
| 14008138 | | Citi, Po Box 6062, Sioux Falls, SD 57117 |
| 14008139 | + | Citi Cards, P.O. Box 6235, Sioux Falls, SD 57117-6235 |
| 14008153 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 14008142 | + | Debra A Shalles, 3042 Lovell Avenue, Broomall, PA 19008-1120 |
| 14195229 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, Toscani & Gillin, P.C., 230 N. Monroe Street, Media, PA 19063-2908 |
| 14008143 | + | Delaware County Treasurer, P.O. Box 1886, Media, PA 19063-8886 |
| 14008144 | + | Dex Media, P.O. Box 619810, DFW Airport, TX 75261-9810 |
| 14008146 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 14008147 | + | Gevalia-Kaffe, c/o North Shore Agency, 270 Spagnoli Rd, Suite 110, Melville, NY 11747-3515 |
| 14008148 | + | Home Depot Credit Services, P.O. Box 790328, St. Louis, MO 63179-0328 |
| 14008150 | + | John Patrick Publishing Co, P.O. Box 5469, Trenton, NJ 08638-0469 |
| 14085849 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for Bayview Loan Servicing, LLC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14038020 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14008152 | | M&T Bank, Lending Services - Customer Support, Buffalo, NY 14240 |
| 14303338 | + | MTGLQ Investor, LP, c/o Rushmore Loan Management Services, SARAH K. MCCAFFERY, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14324062 | + | MTGLQ Investors, L.P., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14008155 | + | Newtown Township, c/o Marie Richards, P.O. Box 372, Newtown Square, PA 19073-0372 |
| 14011943 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14008158 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14073861 | + | Stephen V. Bottiglieri, Esquire, Atty for Delaware County, Tax Claim Bureau, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14027222 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14008164 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52409 |
| 14008162 | + | Td Rcs/littman Jeweler, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14008163 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14020063 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14379144 | + | Toyota Least Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14565463 | + | U.S. Bank Trust National Association, et al, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14008165 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Cardmember Services, P.O. Box 6335, Fargo, ND 58125 |
| 14018282 | + | WELLS FARGO BANK, N.A., c/o JILL MANUEL-COUGHLIN, Powers, Kirn & Associates LLC, Eight Neshaminy Interplex, Suite 215, |

Case 17-17427-amc   Doc 92   Filed 01/09/21   Entered 01/10/21 00:47:43   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 73 |

|  |  |  |
|---|---|---|
|  |  | Trevose, PA 19053-6980 |
| 14008166 | + | Wells Fargo, c/o Phelan Hallinan Diamond & Jones, 1617 John F Kennedy Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14008167 | + | Wells Fargo Bank, c/o Powers Kirn, 728 Marne Hwy, Suite 200, Moorestown, NJ 08057-3128 |
| 14019864 |  | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |
| 14519496 |  | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan MN 55121-7700 |
| 14025114 | + | Wells Fargo Bank, N.A., c/o THOMAS YOUNG HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 14008168 | + | Wells Fargo Bank, NA, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 14008169 | + | Wells Fargo Business Direct, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg |  Email/Text: megan.harper@phila.gov | Jan 08 2021 06:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 08 2021 06:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 06:11:00 | Commonwealth Of PA., Dept. Of Revenue, Bureau Of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| cr | + Email/Text: duffyk@co.delaware.pa.us | Jan 08 2021 06:12:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:44:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14008135 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 06:33:46 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14052911 | + Email/Text: bankruptcycollections@citadelbanking.com | Jan 08 2021 06:12:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14008140 | + Email/Text: documentfiling@lciinc.com | Jan 08 2021 06:11:00 | Comcast, P.O.Box 3005, Southeastern, PA 19398-3005 |
| 14008141 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 08 2021 06:11:00 | Comenity Capital Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14047704 |  Email/Text: bnc-quantum@quantum3group.com | Jan 08 2021 06:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14019676 | + Email/Text: mrdiscen@discover.com | Jan 08 2021 06:11:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14008145 | + Email/Text: mrdiscen@discover.com | Jan 08 2021 06:11:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14008149 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2021 06:11:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14008136 |  Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 08 2021 06:33:45 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14072761 |  Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 06:33:49 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14008151 |  Email/Text: camanagement@mtb.com | Jan 08 2021 06:11:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 14074542 |  Email/Text: camanagement@mtb.com | Jan 08 2021 06:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 14240-0840 |
| 14072746 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 06:44:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14008154 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 08 2021 06:44:05 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14035793 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 06:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14008156 | + | Email/Text: bankruptcy@ondeck.com | Jan 08 2021 06:12:00 | OnDeck Capital, 1400 Broadway, New York NY 10018-5300 |
| 14019024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:38:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14008587 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 08 2021 06:44:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14008157 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2021 06:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14070780 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2021 06:11:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14070779 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2021 06:11:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14008159 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 06:44:04 | Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14008161 | | Email/Text: bankruptcy@td.com | Jan 08 2021 06:11:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 14008160 | + | Email/Text: duffyk@co.delaware.pa.us | Jan 08 2021 06:12:00 | Tax Claim Bureau of Delaware County, Delaware County Government Center, 201 West Front Street, Media, PA 19063-2797 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14008134 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14009212 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14024255 | * | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14025113 | ##+ | Commonwealth Of PA., Dept. Of Revenue, c/o CAROL E. MOMJIAN, Office of the Attorney General, 21 South 12th Street, Third Floor, Philadelphia, PA 19107-3604 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: pdf900 | Total Noticed: 73 |

Date: Jan 09, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

**Name**   **Email Address**

CAROL E. MOMJIAN
   on behalf of Creditor Commonwealth Of PA. Dept. Of Revenue cmomjian@attorneygeneral.gov

CHANDRA M. ARKEMA
   on behalf of Creditor U.S. Bank Trust National Association et al carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

CHANDRA M. ARKEMA
   on behalf of Creditor MTGLQ Investor LP c/o Rushmore Loan Management Services carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com

DAVID H. LANG
   on behalf of Debtor John E Shalles langlawoffice@gmail.com

HARRY B. REESE
   on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JEROME B. BLANK
   on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
   on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KEVIN G. MCDONALD
   on behalf of Creditor Bayview Loan Servicing LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
   on behalf of Creditor WELLS FARGO BANK N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
   on behalf of Creditor Toyota Least Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
   on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
   on behalf of Creditor MTGLQ Investor LP c/o Rushmore Loan Management Services bankruptcy@powerskirn.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

STEPHEN VINCENT BOTTIGLIERI
   on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@gillinlawoffice.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JOHN E SHALLES<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 17-17427-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Dated: January 6, 2021

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE